IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05MC311

| | |
|---|---|
| CANATXX ENERGY VENTURES, INC., )<br>      Plaintiff              )<br>vs.                                   )<br>                                     )<br>GENERAL ELECTRIC CAPITAL     )<br>CORPORATION,                     )<br>      Defendant.             )<br>                                   ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Motions for Admission *Pro Hac Vice* filed by attorney Guy E. Matthews, counsel for the Plaintiff, (Document No. 4) and attorney R. Paul Yetter, counsel for the Defendant, (Document No. 5). Also before the Court is the "Plaintiff's Unopposed Motion for Additional Time to File a Reply Brief to General Electric Capital Corporation's Response to Plaintiff's Motion to Quash..." (Document No. 7).

For reasons unknown to the Court, this case was flagged closed in September 2005, and the pending motions were not brought to the attention of the undersigned at the time of assignment. There being no opposition to these motions, they are now ripe for disposition. Accordingly, the Court will <u>grant</u> Guy E. Matthews' and R. Paul Yetter's Motions for Admission *Pro Hac Vice*, and the Plaintiff's Unopposed Motion for Additional Time.

**IT IS, THEREFORE, ORDERED:**

1. Guy E. Matthews' Motion for *Pro Hac Vice* (Document No. 4) is **GRANTED**, permitting his appearance on behalf of Canatxx Energy Ventures, Inc., in this proceeding;

2.     R. Paul Yetter's Motion for *Pro Hac Vice* (Document No. 5) is **GRANTED**, permitting his appearance on behalf of General Electric Capital Corporation, in this proceeding; and

3.     Plaintiff's unopposed Motion for Additional Time (Document No. 7) is **GRANTED**. The Court notes that Plaintiff filed its Reply (Document No. 8) to the Defendant's Response to the Plaintiff's Motion to Quash, on November 1, 2005. The Reply is deemed timely filed.

Signed: April 6, 2006

David C. Keesler
United States Magistrate Judge