# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05MC311

| | |
|---|---|
| CANATXX ENERGY VENTURES, INC., )<br>      Plaintiff          )<br>vs.                          )<br>                              )<br>GENERAL ELECTRIC CAPITAL  )<br>CORPORATION,           )<br>      Defendant.          )<br>                              )<br>                              ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's Motion to Quash Subpoenas..." (Document No. 3) filed by Canatxx Energy Ventures, Inc., on October 3, 2005. The Defendant, General Electric Capital Corporation, subpoenaed information from McColl Partners, LLC and UVEST Financial Services Group, Inc., non-parties to litigation between the parties then pending in the United States District Court for the Southern District of Texas, Houston Division, cause number H-99-4425. The Court has learned that the Texas action was tried to verdict and that the Plaintiff's motion to quash is now moot.

**IT IS, THEREFORE, ORDERED** that the "Plaintiff's Motion to Quash Subpoenas..." (Document No. 3) filed by Canatxx Energy Ventures, Inc., on October 3, 2005 is **DENIED AS MOOT.**

Signed: August 21, 2006

_David C. Keesler_
David C. Keesler
United States Magistrate Judge